# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et. al.
    Plaintiff,
    v.
DRW Services, Inc., an Illinois corporation
    Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

NAME (Type or print)
DONALD D. SCHWARTZ

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ Donald D. Schwartz

FIRM
ARNOLD AND KADJAN

STREET ADDRESS
19 WEST JACKSON BLVD.

CITY/STATE/ZIP
CHICAGO, IL 60604

08CV395
JUDGE NORDBERG
MAGISTRATE JUDGE BROWN

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03124459 | (312) 236-0415 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

FILED
JAN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT