AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422 et. al.

      Plaintiffs,

V.

CASE NUMBER:

**08CV395
JUDGE NORDBERG
MAGISTRATE JUDGE BROWN**

DRW SERVICES, INC.,
an Illinois corporation

      Defendant.

TO: (Name and address of Defendant)
DRW SERVICES, INC.
C/O ITS REGISTERED AGENT, GLEN C. MULDER
600 E. JOE ORR ROAD
CHICAGO HEIGHTS, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

By) DEPUTY CLERK

JAN 17 2008

DATE

Feb 21 2008 3:22PM HP LASERJET FAX p.3
Case 1:08-cv-00395-R Document 6   Filed 02/28/2008   Page 2 of 2
AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/21/08 @ 10:20 am |
|---|---|
| Service of the Summons and complaint was made by me | |
| NAME OF SERVER (PRINT) Brian Riesel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served DRW Services Inc c/o Ole, Mulder, its Registered Agent at business address: 600 E. Joe Orr Rd Chicago Heights IL (w/m 50, shaved)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/08
              Date            Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE  IL  60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.