IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS PENSION FUND AND ) <br> BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS WELFARE FUND, ) <br>          ) <br>     Plaintiffs, ) <br>          ) <br> v.        ) <br>          ) <br> DRW SERVICES, INC., an ) <br> Illinois corporation, ) <br>          ) <br>     Defendant. ) | No. 08 C 395 <br><br> Judge Nordberg <br><br> Magistrate Judge Brown |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, DRW SERVICES, INC., without prejudice, pursuant to provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

                                                Respectfully submitted,

                                                **ARNOLD AND KADJAN**

                                                s/Donald D. Schwartz
                                                Donald D. Schwartz
                                                Attorney for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 1st day of April 2008, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

>DRW SERVICES, INC.
>C/O ITS REGISTERED AGENT, GLEN C. MULDER
>600 E. JOE ORR ROAD
>CHICAGO HEIGHTS, IL 60411

s/Donald D. Schwartz

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438