# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Board of Trustees of the Local Union No. 422 U.A.
of Joliet, Illinois Pension Fund, et al.

|  |  |
|---|---|
|  | Plaintiff, |
| v. | Case No.: |
|  | 1:08−cv−00395 |
|  | Honorable John A. Nordberg |
| DRW Services, Inc. |  |
|  | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

        MINUTE entry before Judge Honorable John A. Nordberg: All matters of controversy having been resolved, this case is dismissed pursuant to Federal Rule of Civil Procedure 41(a).Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.